UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-cr-00552-1 |
| Plaintiff, | : | ORDER |
|  | : | [Resolving Doc. 94] |
| v. | : |  |
| ANTHONY A. LITTLE, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant Anthony Little moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) and U.S. Sentencing Guidelines Amendment 821.[1]

Amendment 821, Part B reduces by two offense levels the guideline range for defendants with zero criminal history points.[2] Defendants qualify for this two-level reduction only if they do not apply for any of the nine exceptions in the guideline.[3]

Although Amendment 821 applies retroactively, a district court may not modify a defendant's sentence based on a retroactive amendment unless the defendant is eligible under U.S. Sentencing Guidelines § 1B1.10.[4] And under § 1B1.10(a)(2)(B), a defendant is not eligible if applying the retroactive amendment does not lower the defendant's guideline range.[5]

Defendant Little is not eligible for the Amendment 821, Part B reduction. In this case, the Court sentenced Defendant Little using a total offense level of twenty-two and a Criminal

---

[1] Doc. 94.
[2] U.S. Sent'g Guidelines Manual § 4C1.1 (U.S. Sent'g Comm'n 2023); *see also* https://www.ussc.gov/guidelines/amendment/821.
[3] *Id.*
[4] *Dillon v. United States*, 560 U.S. 817, 827 (2010).
[5] U.S.S.G. § 1B1.10(a)(2)(B).

Case No. 1:20-cr-00552-1
GWIN, J.

History Category II.[6]  Little received three criminal history points for 1994 drug and money laundering convictions.[7]  Under § 4C1.1, he is ineligible for a reduction.

For this reason, Defendant Little is not eligible for a sentence reduction under Amendment 821 and § 3582(c)(2).  The Court **DENIES** the sentence reduction motion.

IT IS SO ORDERED.

Dated: February 15, 2024                    *s/    James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE

---

[6] Doc. 52, PageID #: 356; Doc. 63, PageID #: 421.
[7] Doc. 52, PageID #: 357.

- 2 -